Dismissed and Memorandum Opinion filed February 22, 2007








Dismissed
and Memorandum Opinion filed February 22, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01148-CV

____________

 

CHARLES TRINH, Appellant

 

V.

 

ROBERT BUCHER, II,
and HAIDEE D. BUCHER, Appellees

 



 

On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2004-16264

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 11, 2006.  On February 13, 2007,

appellant filed a motion
to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 22, 2007.

Panel consists of Justices Yates, Anderson, and Hudson.